**Order entered November 10, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00896-CR

## KYLE HERMAN HIBBARD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1951973-R

## ORDER

Before the Court is attorney Lawrence B. Mitchell's Motion to Withdraw this Court's October 26, 2022 Order denying his request that the Court withdraw its October 7, 2022 Order ordering him to provide appellant with copies of all motions filed with the Court on appellant's behalf, copies of court communications, responses, orders, and mandates in this case, and two copies of the Court's opinion.

We **DENY** Lawrence B. Mitchell's November 4, 2022 Motion to Withdraw Order and **DIRECT** the Clerk of the Court to send copies of the filings and orders in this case from September 2, 2022 (the date this Court received appellant's August 29, 2022 request for records) through the date of this Order to Kyle Hibbard at #2408653 NE: Middleton Unit 13055 FM 3522 Abilene, Texas 79601.

/s/ DAVID J. SCHENCK
JUSTICE